UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Frederick Banks,

    Plaintiff

v.

Federal Bureau of Investigation, et al.,

    Defendants

2:16-cv-01158-JAD-CWH

**Order Adopting Report and Recommendation and Closing Case**

[ECF No. 4]

    On July 14, 2016, Magistrate Judge Hoffman denied pro se plaintiff Frederick Banks's application to proceed *in forma pauperis* and ordered him to file a completed IFP application (or pay the filing fee) by August 12, 2016, or face sanctions up to and including dismissal.[1] Banks did not comply with that order or request an extension to do so, so the magistrate judge now recommends that I dismiss this case without prejudice.[2] "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Objections to the magistrate judge's report and recommendation were due by September 9, 2016, and Banks has not filed an objection or requested an extension to do so. Accordingly,

    IT IS HEREBY ORDERED that **the magistrate judge's report and recommendation [ECF No. 4] is ADOPTED, and this case is DISMISSED without prejudice.**

    The Clerk of Court is directed to CLOSE THIS CASE.

    Dated this 15th day of September

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 3.

[2] ECF No. 4.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).